| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 113A 2:11-cr-38-FtM-36DNF |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* 3:17-00217 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Jerry J. Williams | Middle District of Florida | Fort Myers |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Charlene Edwards Honeywell | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/30/2017 — TO 10/29/2020 |

**OFFENSE**

CONSPIRACY TO DEFRAUD THE UNITED STATES 18:371.F

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Nov. 7, 2017
*Date*

*Charlene Edwards Honeywell - United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-17-17
*Effective Date*

*United States District Judge*